**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**LAWRENCE L. CRAWFORD et al.**                                                **PLAINTIFFS**

v.                                             **CIVIL ACTION NO. 3:08CV-P559-S**

**STATE OF NEW JERSEY et al.**                                                 **DEFENDANTS**

### ORDER

Plaintiff Lawrence L. Crawford, *pro se*, filed a civil-rights complaint and an application to proceed without prepayment of fees. This Court denied his application to proceed without prepayment of fees due to the three-strikes provision in 28 U.S.C. § 1915(g). The Court ordered that Plaintiff pay the $350 filing fee for this action within 30 days of entry of this Order and that failure to pay the filing fee will result in dismissal of the instant action.

More than 30 days have passed since the Court entered its Order, and Plaintiff has not paid the filing fee. Having failed to pay the $350 filing fee as ordered by the Court,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

Plaintiff remains obligated to pay the filing fee in full notwithstanding his failure to respond to the prior Order of this Court. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

There being no just reason for delay in its entry, this is a final Order. Leave to appeal to the Court of Appeals *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(a)(3) because such an appeal would not be taken in good faith.

Date: August 10, 2009

                                                                                **Charles R. Simpson III, Judge**
                                                                                **United States District Court**

cc:      Plaintiff, *pro se*
         Financial Section, USDC, WDKY